UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

NIKKI LEE ERICKSON,

Defendant.

Case No. 2:26-cr-12-1

Hon. Jane M. Beckering
U.S. District Judge

/

**ORDER FOR DETENTION**

Defendant Erickson appeared before the undersigned for a detention hearing on September 4, 2026. The Defendant waived her right to a detention hearing on the record. Defendant reserves the issue of detention and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: September 4, 2026

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE